UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAEL MARTINEZ-RAMOS,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

24 Civ. 7951 (PAE)

ORDER

---

PAUL A. ENGELMAYER, United States District Judge:

By order dated October 22, 2024, the Court directed plaintiff, within thirty days, to submit a completed request to proceed in forma pauperis ("IFP application") and prisoner authorization or pay the $405.00 in fees required to file a civil action in this Court. *See* Dkt. 4. That order specified that failure to comply would result in dismissal of the Complaint. *Id.* at 2. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the Complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court respectfully directs the Clerk of Court to mail a copy of this order to plaintiff at the address on file and to close this case.

       SO ORDERED.

Dated:   December 16, 2024
             New York, New York

                                                          PAUL A. ENGELMAYER
                                                          United States District Judge