UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RAFAEL MARTINEZ-RAMOS,

Defendant.

22-CR-302 (PAE)
24-CV-7951 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The defendant has filed several applications for the return of property, to which the Government has not responded. *See* Dkts. 34, 35, 36 in 22 Cr. 302 (PAE). The Court directs the Government to respond by **Tuesday, May 26, 2026**.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 12, 2026
New York, New York